**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Billy Ray McCRARY, Defendant-
Appellant.**

**No. 30661.**

United States Court of Appeals,
Fifth Circuit.

June 1, 1971.

Rehearing Denied and Rehearing En
Banc Denied July 13, 1971.

Fournier J. Gale, III, Birmingham,
Ala. (Ct. Appt.), for defendant-appellant.

Billy Ray McCrary, pro se.

Fayman G. Sherrer, U. S. Atty., L.
Scott Atkins, Asst. U. S. Atty., Birmingham, Ala., for plaintiff-appellee.

Before GEWIN, BELL and MORGAN,
Circuit Judges.

PER CURIAM:

The appellant, Billy Ray McCrary, was
found guilty by a jury of possession of
an unregistered still in violation of 26
U.S.C. § 5179 and with the possession
of property intended for use in violating
the Internal Revenue laws contrary to
the provisions of 26 U.S.C. § 5686. In
accordance with the verdict he was adjudged to be guilty and sentenced. On
this appeal he contends (1) that the evidence was not sufficient to support the
judgment of conviction, (2) that evidence was obtained by means of an unreasonable search and seizure in violation
of the Fourth Amendment, and (3) that
the registration requirements of 26 U.S.
C. § 5179 violate his Fifth Amendment
rights. We have reviewed the record in
light of the appellant's contentions and
find no merit in any of them. Accordingly the judgment is affirmed.

**ON PETITION FOR REHEARING
AND FOR REHEARING
EN BANC**

PER CURIAM:

The Petition for Rehearing is denied
and no member of this panel nor Judge
in regular active service on the Court
having requested that the Court be polled
on rehearing en banc, (Rule 35 Federal
Rules of Appellate Procedure; Local
Fifth Circuit Rule 12) the Petition for
Rehearing En Banc is denied.